# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Condre L Smith
[You are the PLAINTIFF, print your full name on this line.]

v.

U S Department of Ed
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:18CV348
[For a new case in this court, leave blank. The court will assign a case number.]

FILED 18 OCT 29 PM 1:10

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] USA Funds / Navient | 9998 Crosspoint Blvd Suite 310 Indianapolis, In 46256 |
| 2 | [Put the names of any other defendants in these boxes.] General Revenue | 4660 Duke Dr Suite 300 Mason, OH 45040 |
| 3 | Pioneer Credit Recovery | 26 Edwards Arcade NY 14009 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? _____

2. What is your address? 3301 Lafayette Ft Wayne In 46806

3. What is your telephone number: (260) 745-3551

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am victim of fraudulent activity while attending Indiana State Univ.

I had a Scholarship and received honors and rewards while attending the university.

( Rewards like pell grant Indiana)

Their two student loans Perkin and Stafford that I did not authorize added to my account.

There was no need to take about loans. I had a scholarship and work (FWS) while attending school. Non of this money came to be directly. This alleged debt was given directly to the school.

I did not see any of this money.

Indiana State Univ has allowed me to be terrorized while time attending there. From having my car vandalized to being assaulted, and now fraudulent activity.

None of this loans have my signature or hand writing

Number 1 (attached) is letter showing I had Scholarship during my time at Indiana State University

Number 2 & 3 (attachments) are copies of my signature

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)                                                                                                page 3

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

☑ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Return ALL money taking from me  (over 8,000)

Pay additional $ 10,000  for harassment, unverified debt collection
_____
_____

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.
_____ I will promptly notify the court of any change of address.
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____        10-29-2018
Signature                                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]



08/27/2018

**Dear Condra Smith:**

Your Scholar ID: 1798

Upon your request, we have provided official documentation stating your enrollment into the 21st Century Scholarship Program. Our records indicate that an application was submitted on your behalf during the 1997-1998 enrollment period.

You received the 21st Century Scholarship as well as the Frank O'Bannon Grant in 2002, 2003 2004 and 2005.

Your scholarship has expired and you are currently removed from the program.

If you have any questions, feel free to contact our Student Support Center

Sincerely,

**Angel McAllister**
Student Support Manager
101 W. Ohio Street, Suite 300
1-888-528-4719
Indiana Commission for Higher Education

A program of the Indiana Commission for Higher Education



## Parking Lot Safety Acknowledgement Form

Safety is everyone's business. Every employee is responsible for his/her own safety as well as for others.

It has been brought to our attention that a few employees have been observed driving fast and recklessly entering and leaving the Fort Wayne Plastic's parking lot.

Employees need to slow down (10-15 miles per hour maximum), and watch out for other people in and out of vehicles.

Any reckless (i.e. spinning tires, donuts, etc.) or fast driving is a Safety violation and disciplinary action, possibly resulting in job loss, will be taken.

I, Londra Smith, have read this acknowledgement form and agree to abide by it when entering and exiting the Fort Wayne Plastic's parking lot. I understand that any further such behavior will not be tolerated and that disciplinary action will be taken.

_____          2/16/2014
Employee Signature                                       Date

## NON-DISCRIMINATION POLICY

Indiana Tech admits students without regard to race, color, religious creed, sex (including pregnancy), age, marital status, sexual orientation, national origin, veteran status or any other classification protected by applicable discrimination laws, with all rights, privileges, programs and activities generally accorded or made available to students at the school. Indiana Tech does not discriminate on the basis of race, color, religious creed, sex (including pregnancy), age, marital status, sexual orientation, national origin, veteran status or any other classification protected by applicable discrimination laws, in administration of its educational policies, admissions policies, scholarship, loan programs and athletic and other school administered programs. Indiana Tech will make reasonable accommodations for qualified individuals with a disability, if it can do so without undue hardship, so that such individuals can enjoy the same access to services, programs" or activities as other non-disabled individuals.

## VERIFICATION

I do hereby certify that:
- All the information listed on this application is, to the best of my knowledge, accurate and truthful.
- I understand the application fee is non-refundable.

_____          1/7/202
Signature                                 Date

Please mail the completed application to the board nearest you.

**Fort Wayne**
1600 E. Washington Blvd
Fort Wayne, IN 46803
260.422.5561

**Detroit (online programs only)**
2000 Town Center
1900 Floor
Southfield, MI 48075
800.288.1766

**Elkhart**
3333 Middlebury St
Elkhart, IN 46516
574.296.7075

**Evansville**
900 Tutor Lane
Suite 107
Evansville, IN 47715
800.288.1766, ext. 2605

**Fishers**
10765 Lantern Road
Fishers, IN 46038
317.863.3450

**Huntington**
2809 Commercial Rd
Huntington, IN 46750
260.359.TECH

**Indianapolis**
3500 DePauw Blvd
Pyramid 3010
Indianapolis, IN 46268
317.466.2121

**Jeffersonville**
4500 Town Center Blvd
Suite 101
Jeffersonville, IN 47130
812.283.8001

**Kendallville**
1607 E. Dowling St
Kendallville, IN 46755
888.349.0250, ext. 4251

**Louisville**
11861 Commonwealth Dr
Louisville, KY 40299
502.708.2364

**Mishawaka**
4215 Edison Lakes Pkwy
Suite 150
Mishawaka, IN 46545
574.232.8321

**Munster**
9245 Calumet Ave
Suite 201
Munster, IN 46321
219.836.1910

**Naperville (online programs only)**
1552 North Aurora Rd
Naperville, IL 60563
630.548.9445

**Northern Kentucky**
809 Wright's Summit Pkwy
Suite 310
Fort Wright, KY 41011
859.916.5884

**Warsaw**
2928 Frontage Road
Warsaw, IN 46580
574.268.9707

**Wilmette (online programs only)**
116 Skokie Blvd
Wilmette, IL 60091
847.920.3499

---

*For Office Use Only*

Check number: _____    Credit card type: _____    Registration:  Y   N

Start date: _____      Accepted: _____           Student ID number: _____