AO 239 (Rev. 1/15) (INND Rev. 8/16)                                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal. If you are a prisoner, you need a different form.]*

Condra L. Smith

*[Type or neatly print in ink your full name. If more than one PLAINTIFF, each must file a separate form.]*

v.

U.S. Department of Education

*[Put the name of the first DEFENDANT on this line.]*

Case Number 1:18CV348

*[For a new case in this court, leave blank. The court will assign a case number.]*

FILED 18 NOV 29 PM 1:37

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ◯ No.

   ☑ Yes, my gross earnings (before deductions for taxes, etc.) are: $ 1,482.60 per month.

2. Are you married? ☑ No.

   ◯ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

3. Have you (and spouse if married) received money from any other source in the past 12 months? ☑ No.

   | ◯ Yes.   From where? | How often? | How much? |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |
   |  |  |  |
   |  |  |  |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food, clothing, shelter, and other necessities of basic living. _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. How much money do you (and spouse, if married) have? $ _____.
   [*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ 40,000.

7. How many children under 18 years of age do you (and spouse, if married) support: 0.
   [*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9. Please provide any other information that should be considered in evaluating your motion.

I am a single individual struggling to make ends meet. I am barely making money to keep up with car payments and a recently increase in rent. These fraudulent debt/loans companies are also garnishing my check up to 12%. I can barely afford to purchase food and gas for the car. Attach is my check stub and break down of expenses sent.

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

_____                                    10-20-2019
Signature                                                                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

STATEMENT OF EARNINGS AND DEDUCTIONS — THIS J

| Employee Name | CRIS Number | Dept. | Fed. Ex. S03 | State Ex. S02 | Period Ending 11/10/2018 | Check Date 11/16/2018 | Check # |
|---|---|---|---|---|---|---|---|
| CONDRA L SMITH | | | | | | | |

| EARNINGS | | | | DEDUCTIONS | |
|---|---|---|---|---|---|
| ITEM | HOURS | CURRENT | YEAR TO DATE | ITEM | CURRENT |
| REGULAR PAY | 80.00 | 880.00 | 2090.00 | FEDERAL INC TAX | 33.00 |
| HOLIDAY PAY | | .00 | 88.00 | STATE TAX - IN | 26.50 |
| GROSS PAY | 80.00 | 880.00 | 2178.00 | SOCIAL SEC TAX | 54.56 |
| | | | | MEDICARE TAX | 12.76 |
| | | | | ALLEN COUNTY | 11.88 |
| | | | | DIR DEP CHECKING | 741.30 |
| | | | | TOT DEDUCTNS | 880.00 |
| YTD FED WAGES | | .00 | 2178.00 | Hourly - BiWkly | 11.00 |

DIR DEP CHECKING       741.30

CONDRA L SMITH
3301 LAFAYETTE ST
FORT WAYNE, IN 46806

STATE OF INDIANA ) IN THE _____ COURT
)
COUNTY OF ) CASE NO 1:18CV348

_____
Petitioner

v.

_____
Respondent.

## VERIFIED MOTION FOR FEE WAIVER

The Petitioner now states:
1. I wish to file this action and I believe that I have a case with merit.
2. I cannot pay any of the filing fees or other costs of this action because I do not have sufficient income or resources.
3. I live with
_____

4. Our family's income is  1,482.60  per month. *(Total from below)*
    *(Income received each month, before taxes)*
    Wages ( 11 per hour x 40 hours per month)                        1,482.60
    Unemployment Compensation                                         _____
    AFDC / TANF Benefits                                              _____
    SSI / SSD Benefits                                                _____
    Child Support                                                     _____
    Other (                                                    +      _____
                                                    *Total =*        _____
5. We have ____0____ in the bank.
6. Our expenses total  1482.60  per month: *(Total from below)*
    *(Expenses spent each month)*
    Housing (Rent, Contract, or Mortgage)                             545
    Food                                                              27
    Utilities (Gas, Electric, Water, Phone, etc.)                     405
    Child Care                                                        _____
    Medical Bills                                                     _____
    Transportation /Gas for car                                       100
    Insurance (car, medical and/or property)          +               165
    Child Support                                                     240
    Other (please describe) Garnishment              *Total =*

I request that this Court waive all costs of this action and allow me to proceed without the payment of any filing fees or other costs.
I affirm under the penalties of perjury that the foregoing representations are true.

_____
Signature

Approved Coalition for Court Access Best Practices
Group CCA-GF-0518-3004