IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CONDRA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CAUSE NO.: 1:18-CV-348-TLS-SLC |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, et al, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT UNITED STUDENT AID FUNDS, INC.'S
## NOTICE OF INITIAL EXTENSION OF TIME

Pursuant to N.D. Ind. L.R. 6-1(b), Defendant United Student Aid Funds, Inc., (incorrectly identified as USA Funds/Navient), ("Defendant"), by counsel, submit its Notice of Automatic Enlargement of Time within which to answer or otherwise respond to Plaintiff's Complaint for a period of twenty-eight (28) days.  Defendant's responsive pleading is currently due on January 23, 2019, and said deadline has not been previously extended.  This extension will not interfere with any scheduled hearings or case deadlines.  The Defendant's responsive pleading will now be due on or before February 20, 2019.  Counsel for the Defendant has not contacted opposing counsel, as Plaintiff is *pro se*, and no such counsel has appeared.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   s/ *Bonnie L. Martin*
     Bonnie L. Martin, IN 20248-18
     111 Monument Circle, Suite 4600
     Indianapolis, IN  46204
     Telephone:  317.916.1300
     Facsimile:   317.916.9076
     *bonnie.martin@ogletree.com*

Attorneys for Defendant
United Student Aid Funds, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, a copy of the foregoing *Defendant's Notice of Initial Extension of Time* was filed electronically.  Notice of this filing will be sent to the following parties by U.S. First-Class Mail, postage prepaid upon:

    Condra L. Smith
    3301 Lafayette
    Fort Wayne, IN  46806

       *s/ Bonnie L. Martin*

Bonnie L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*bonnie.martin@ogletree.com*

37130794.1