UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF INDIANA
FORT WAYNE DIVISION

FILED 19 JAN 29 PM 3:33

CONDRA L. SMITH                     Case No, : 1:18-cv-348-TLS-SLC

V.

GENERAL REVENUE                     ENTRY OF DEFAULT

---

Plaintiff Condra L. Smith request the Clerk of Court to enter default against Defendant General Revenue Corporation for failure to answer or plead in said action as required by law

Date Served December 31, 2018 at 2:42 pm

Default may be served on the defendant at 4660 Duke Dr. Suite 900 Mason, OH 45040-8466

Condra L. Smith
3301 Lafayette st
Fort Wayne In, 46806

1/29/2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Condra L. Smith
_____
Plaintiff(s)

v.

General Revenue
_____
Defendant(s)

Civil Action No. 1:18CV348

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

4660 Duke Dr Suite 300
Mason, OH 45040-8466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Condra L. Smith
3301 Lafayette St
Ft Wayne In 46806

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT TRGOVICH, CLERK OF COURT

Date: 12/28/18

s/ L. Higgins-Conrad
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* General Revenue

was received by me on *(date)* Dec 31, 2018

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* front desk , a person of suitable age and discretion who resides there,

on *(date)* Dec 31, 2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 3.05 for travel and $ _____ for services, for a total of $ 3.95 .

I declare under penalty of perjury that this information is true.

Date: 1-25-2019

*Server's signature*

Andrew L. Smith
*Printed name and title*

3301 Lafayette St Ft Wayne In 46806
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70172620000000777606

**Expected Delivery by**

**MONDAY**
**31** DECEMBER 2018 ⓘ  by **8:00pm** ⓘ

✓ **Delivered**

December 31, 2018 at 2:42 pm
Delivered, Front Desk/Reception/Mail Room
MASON, OH 45040

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

December 31, 2018, 2:42 pm
Delivered, Front Desk/Reception/Mail Room
MASON, OH 45040
Your item was delivered to the front desk, reception area, or mail room at 2:42 pm on December 31, 2018 in MASON, OH 45040.

December 31, 2018
In Transit to Next Facility

December 29, 2018, 9:40 pm
Departed USPS Regional Destination Facility
CINCINNATI OH DISTRIBUTION CENTER

December 29, 2018, 4:23 pm
Arrived at USPS Regional Destination Facility
CINCINNATI OH DISTRIBUTION CENTER

December 29, 2018, 1:05 am
Departed USPS Regional Facility
FORT WAYNE IN DISTRIBUTION CENTER

December 28, 2018, 11:04 pm
Arrived at USPS Regional Origin Facility
FORT WAYNE IN DISTRIBUTION CENTER

December 28, 2018, 5:34 pm
Departed Post Office
FORT WAYNE, IN 46809

December 28, 2018, 4:43 pm
USPS in possession of item
FORT WAYNE, IN 46809

Feedback

**Product Information**    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.